**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**FRANK A. WALLS,**

    Petitioner,

v.                                       Case No.: 3:06cv237/MCR

**WALTER A. McNEIL, Secretary,**
**Florida Department of Corrections,**[1]

    Respondent.
_____/

**O R D E R**

        Petitioner Frank A. Walls filed a petition for a writ of habeas corpus (doc. 1) on May 26, 2006. Petitioner was declared indigent for purposes of this proceeding, and Jeffrey M. Hazen was appointed to represent him in this matter. See doc. 7. Thereafter prior to a response being filed, Petitioner moved to hold these proceedings in abeyance (see doc. 11) in order to exhaust a mental retardation claim in state court. An order granting Petitioner's motion to hold the proceedings in abeyance was entered on July 13, 2006. (Doc. 12).

        A review of the state court docket reflects that Petitioner's mental retardation claim was disposed of on October 31, 2008 (See Case No. SC07-2007). Therefore, Petitioner has thirty (30) days from the entry of this order on the docket to file any amendments to his initial petition regarding the mental retardation claim. Thereafter, Respondent shall file an answer in compliance with Rule 5 of the Rules Governing §2254 Cases. Petitioner will then be authorized to file a reply to Respondent's answer. Upon receipt of Respondent's answer and any reply, the court will review

---

      [1] Walter A. McNeil succeeded James R. McDonough as Secretary for the Department of Corrections and is automatically substituted as Respondent. See Fed. R. Civ. P. 25(d)(1).

Case No. 3:06cv237/MCR

the file to determine whether an evidentiary hearing is necessary or appropriate.  If it is determined that an evidentiary hearing is not required, the court will dispose of the petition as justice requires pursuant to Rule 8(a) of the Rules Governing §2254 Cases.

        Accordingly, it is hereby ORDERED:

        1.    Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to file an amendment to his petition for a writ of habeas corpus regarding any mental retardation claim.

        2.    Respondent shall have forty-five (45) days following service of the amended petition in which to file an answer as directed by this order.

        3.    Petitioner shall have thirty (30) days from the date of the filing of Respondent's answer to file a reply.

        DONE and ORDERED this 17th day of April, 2009.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**